IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 1:20-cr-31-AW-MAL

**WILLIE MURPHY, JR.,**

   **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Willie Murphy filed a motion for § 2255 relief. ECF No. 62. The matter was referred to the magistrate judge, who entered a thorough report and recommendation concluding the court should deny the motion. ECF No. 71. Defendant has had an opportunity to file objections but has filed none.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 motion is denied on the merits." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on October 23, 2023.

   s/ *Allen Winso*r
   United States District Judge